Brandon C. Marx, Esq.
Law Office of Brandon C. Marx
PO Box 6171
Sitka, Alaska 99835
T: 907-747-7100
Email: marxlaw@gci.net
       assistant@sitkalwyer.com
AK Bar No. 0309039
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA AT SEATTLE

| | |
|---|---|
| ALAN DALE PUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>PEARL BAY SEAFOODS, LLC, IN PERSONAM; THE M/V GLACIER BAY, OFFICIAL NUMBER 600325, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>    Defendants. | Case No.<br><br>AT LAW AND AT ADMIRALTY<br><br>SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 |

COMES NOW the plaintiff and complains of the defendants, alleging upon information and belief as follows:

1. Plaintiff, Alan Pugh, brings and maintains this action pursuant to 28 U.S.C. § 1333; 46 U.S.C. §§ 30103, 30104 – the Jones Act, U.S. Const. Art. III, sec. 2, and the general maritime law.

2. Plaintiff is a resident of Oregon and Arizona. The in personam defendant has a principal place of business in Homer, AK.

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM PERSONAL
INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL
WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 1
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:22-cv-00159-SLG   Document 1   Filed 07/12/22   Page 1 of 4

3. Plaintiff is a seaman and a ward of this Court and elects to take advantage of the provisions of 28 U.S.C. § 1916 to proceed without prepayment of costs or fees.

4. Defendant herein, Pearl Bay Seafoods, is a corporation existing under and by virtue of the laws of a state or states unknown to plaintiff and at all times herein mentioned was acting by and through its officers, agents, servants, employees and representatives, and has a principal place of business or is doing business in the District of Alaska.

5. The M/V Glacier Bay is a fishing vessel documented by the United States, official number 600325. Said vessel has her home port in the District of Alaska or will be found in the District of Alaska during the pendency of this action. During all times herein mentioned said vessel was owned or bareboat chartered by the defendants and was engaged in maritime commerce.

6. At all times herein mentioned, plaintiff was employed by the defendants as a member of the crew, in the service of said vessel and was at all times acting within the course and scope of his duties as Cook in furtherance of the mission of said vessel.

7. On or about July 18, 2019, while said vessel was in navigable waters, plaintiff was trapped in the freezer aboard the vessel. He fell when finally getting out of the freezer and did thereby sustain severe, painful and disabling injuries to his back, legs, forehead and psyche, and other injuries not fully known at this time. Plaintiff prays leave to amend this complaint when the full extent of injuries and disabilities is ascertained.

8. Said injuries, disabilities, and damages were directly and proximately caused by the unseaworthiness of the vessel; the negligence, in whole or in part, of the defendants and their agents, servants and employees; and the failure of the defendants to provide a reasonably safe

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM PERSONAL
INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL
WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 2
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:22-cv-00159-SLG   Document 1   Filed 07/12/22   Page 2 of 4

place to work, in one or more of the following respects: The latch in the interior of the freezer was faulty.

9. As a direct and proximate result of the foregoing, plaintiff was caused to and did incur reasonable charges for medical care and attention. Plaintiff does not know the reasonable value of said medical care and attention already rendered or to be rendered in the future and therefore, prays leave to amend this complaint to show the same.

10. As a further result of the foregoing, plaintiff was rendered unable to engage in his normal and usual occupation from July 18, 2019 to date. Plaintiff may later be unable to engage in his normal and usual occupation and prays leave to amend this complaint to allege the full extent of said loss when the same is ascertained.

WHEREFORE, plaintiff prays judgment against the defendants as follows:

1. For a declaration that the plaintiff holds claim to a preferred maritime lien against the defendant vessel, her engines, machinery, appurtenances and cargo;

2. For arrest, condemnation and sale of the defendant vessel including her engines, machinery, appurtenances and cargo;

3. For general damages, including damages for loss of consortium, as are reasonable and fair;

4. For such special damages, including found, as may be shown by the proofs herein;

5. For maintenance and cure;

6. For earned and/or unearned wages and double wage penalties;

7. For pre-judgment interest on all claims as is in the law provided;

8. For costs of suit and reasonable attorney fees;

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM PERSONAL
INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL
WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 3
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:22-cv-00159-SLG   Document 1   Filed 07/12/22   Page 3 of 4

9. For such other and further relief, including punitive damages, as is met and just in the circumstances.

Dated this 6th day of July, 2022.

LAW OFFICE OF BRANDON C MARX

By: _____
Brandon C. Marx, #0309039
PO Box 6171
Sitka, AK 99835
Telephone: (907) 747-7100
Fax: (907) 966-3100
Email: Marxlaw@gci.net
  assistant@sitkalwyer.com
*Attorney for Plaintiff*

I am the attorney for the plaintiff in this action and have knowledge of the matters asserted in the above complaint based upon information provided by the plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the allegations of the above complaint are true and correct to the best of my knowledge and belief.

DATED at Sitka, Alaska this 6th day of July, 2022.

_____
Brandon C Marx

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 4
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:22-cv-00159-SLG   Document 1   Filed 07/12/22   Page 4 of 4